JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Richard Valenzuela, et al,<br><br>Defendants. | CASE NO. 2:21-cv-00575-WDK-JC<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS RICHARD VALENZUELA, CHRISTINE GASTELUM VALENZUELA, AND ALFRED EVARISTO CAMPANO |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants RICHARD VALENZUELA, CHRISTINE GASTELUM VALENZUELA, AND ALFRED EVARISTO CAMPANO, that the above-entitled action is hereby dismissed **with prejudice** against RICHARD VALENZUELA, CHRISTINE GASTELUM VALENZUELA, AND ALFRED EVARISTO CAMPANO.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

1  **IT IS SO ORDERED**:

2

3

4  _____  Dated: __April 23, 2021__

5  **The Honorable William D. Keller**
   **United States District Court**
6  **Central District of California**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28